**SO ORDERED.**

**SIGNED this 27 day of September, 2018.**



**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| CLIFTON CRAIG MCALLISTER | 13-04160-8-SWH |
| DEBTOR | CHAPTER 13 |

### ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF LOAN MODIFICATION AGREEMENT

THIS MATTER coming before the Court upon the Debtor's Motion for Approval of Loan Modification Agreement filed on September 6, 2018 and, after proper notice and no response or request for hearing having been filed by any party in interest, the Court finds that good cause exists to grant the Debtor's Motion upon the grounds set forth therein.

THEREFORE, the Debtor's Motion for Approval of Loan Modification Agreement is hereby GRANTED and the Court ORDERS as follows:

1. The Court approves the modification as proposed by the creditor, Federal National Mortgage Association ("Fannie Mae") and as set forth in Exhibit 1 of the Debtor's Motion;

2. The Court authorizes and approves the Debtor and Seterus, Inc., as the authorized signer for the creditor, Fannie Mae, to execute the Loan Modification Agreement; and

3. The Court retains jurisdiction regarding enforcement of the Loan Modification Agreement.

END OF DOCUMENT